**Order entered August 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01464-CR
### No. 05-18-01482-CR

**MACKENZIE RENE CHESNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-81645-2017 & 401-81646-2017**

## ORDER

Before the Court are appellant's August 20, 2019 second motions for extension of time to file her briefs. We **GRANT** the motions and **ORDER** appellant's brief due on or before September 20, 2019. Appellant is cautioned that the failure to file a brief by that date may result in the appeals being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(4).

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE